IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>JOHN R., III & ROLANDA D. CRAWFORD<br><br><br>Debtor(s). | No.: 08-28354<br>JUDGE WEDOFF<br>Chapter 13 |

**STATEMENT OF OUTSTANDING OBLIGATIONS**

NOW COMES BARCLAYS CAPITAL REAL ESTATE INC. DBA HOMEQ SERVICING AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST ("Movant"), by and through its attorneys, BARBARA J. DUTTON and the law firm DUTTON & DUTTON, P.C., and in support of its STATEMENT OF OUTSTANDING OBLIGATIONS, states as follows:

1. On 10/21/2008, the above captioned Chapter 13 bankruptcy was filed.
2. MOVANT is a creditor of the Debtor with respect to a mortgage secured by a lien upon the property commonly known as 43 N. WALNUT LANE, GLENWOOD, IL, 60425.
3. At the present time, Debtor is due for the 01/01/10 post petition payment.
4. Debtor's loan has therefore not been reinstated.

RESPECTFULLY SUBMITTED:

BARCLAYS CAPITAL REAL
ESTATE INC. DBA HOMEQ SERVICING
AS SERVICER FOR DEUTSCHE BANK
NATIONAL TRUST,

/s/  Barbara J. Dutton

Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL  60423
815-806-8200